UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-27-1BO

UNITED STATES OF AMERICA

v.

ORDER

MICHAEL DENARD BAILEY

This matter having come before the Court by joint motion of the Office of the Federal Public Defender and the United States Attorney's Office to set sentencing at the time of arraignment for the Defendant, and for good cause shown, it is hereby ORDERED that the arraignment and sentencing hearing shall be scheduled for Aug 10, 2015.

SO ORDERED.

This 7 day of August, 2015.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE